Bonnye Lou **HOY**, Petitioner-Respondent,

v.

**Thomas Lawrence HOY,**
**Respondent-Appellant.**

No. 44732.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 11, 1983.

Mark Sadow and Ted Ponfil, St. Louis, for respondent-appellant.

Paul H. Schramm, Clayton, for petitioner-respondent.

### ORDER

**PER CURIAM:**

Appellant, respondent below, appeals the award of maintenance and the division of marital property in this dissolution case. The motion of the wife, petitioner below, to dismiss the appeal is denied. No error of law appearing and this court having determined that an opinion would have no precedential value, the judgment of the trial court is affirmed in accordance with Rule 84.16(b).